# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CASSANDRA BUCKLEY
individually and on behalf of those similarly situated

        Plaintiff / Counter Defendant

   v.

        Civil Action No. 1:20-cv-357

S.W.O.R.N. PROTECTION LLC

MICHAEL DELONG

        Defendants / Counter Claimants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

____ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $ _____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: Judgment ENTERED in favor of Plaintiff Cassandra Buckley and against Defendants S.W.O.R.N. Protection LLC and Michael DeLong in the amount of Thirty-Nine Thousand Six Hundred Dollars ($39,600.00) (consisting of Nineteen Thousand Eight Hundred Dollars ($19,800.00) in unpaid overtime compensation and Nineteen Thousand Eight Hundred Dollars ($19,800.00) in liquidated damages) plus post-judgment interest at the rate of 4.08% along with costs. Judgment ENTERED in favor Counter Defendant Cassandra Buckley and against Counter Claimants S.W.O.R.N. Protection LLC and Michael DeLong.

This action was (*check one*):

____ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on Motion for Summary Judgment by Plaintiff Cassandra Buckley.

DATE: 9/30/2022　　　　　　　　　　GARY T. BELL, CLERK OF COURT

　　　　　　　　　　　　　　　　　　by　s/A. Highlen
　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*