UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CASSANDRA BUCKLEY, individually and on behalf of those similarly situated, ) ) ) | |
| Plaintiff/Counter-Defendant ) ) | |
| v. ) ) | Cause No. 1:20-CV-357-HAB |
| S.W.O.R.N. PROTECTION LLC and MICHAEL DELONG ) ) ) ) | |
| Defendants/Counter-Plaintiffs ) ) | |

**OPINION AND ORDER**

After this Court ruled for Plaintiff, Cassandra Buckley (ECF No. 43) and the Clerk entered judgment, she filed a Verified Motion for Proceedings Supplemental (ECF No. 47), along with an attached request for interrogatories. The undersigned referred the matter to the Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) to conduct post-judgment proceedings supplemental and issue a report and recommendation (R & R) as to the Plaintiff's attorney fees award. (ECF No. 48). The Magistrate Judge issued its R & R as to the attorney fees award on May 5, 2023, and the Court adopted the R & R on June 22, 2023. (ECF Nos. 53, 56). Thereafter, the Magistrate Judge scheduled a series of status conferences to address the proceedings supplemental while the parties, at the same time, were attempting to finalize a payment agreement.

Ultimately, on March 14, 2024, the parties advised the Magistrate Judge they had worked out a payment plan and declined to schedule any further status conferences. On April 8, 2024, the Magistrate Judge entered her R & R recommending that the referral for post-judgment proceedings supplemental (ECF No. 48) be terminated as MOOT given the parties' agreement regarding

payment of Plaintiff's monetary judgment, including payment of attorney fees. (ECF No. 69). The parties were advised of the 14-day objection period with no objections filed.

The undersigned has reviewed the Magistrate Judge's R & R and the conclusions therein. The Court finds the R & R's recommendation to be well-taken. The R & R is APPROVED AND ADOPTED. (ECF No. 69). The referral to the Magistrate Judge in ECF No. 48 is TERMINATED.

SO ORDERED on May 2, 2024.

 s/ *Holly A. Brady*  
CHIEF JUDGE HOLLY A. BRADY  
UNITED STATES DISTRICT COURT
